IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

ANTHONY JOSEPH NICOLA, )
)
       Plaintiff, ) TC-MD 140119C
)
   v. )
)
MULTNOMAH COUNTY ASSESSOR, )
)
       Defendant. ) **FINAL DECISION**

The court entered its Decision in the above-entitled matter on May 22, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision was entered. The court's Final Decision incorporates its Decision without change.

This matter is before the court upon the verbal stipulation of the parties made at a telephone case management conference held May 19, 2014. Because the parties are in agreement, this case is ready for decision. Now, therefore,

IT IS DECIDED that the total real market values of property described as Account R244488 is $433,280.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FINAL DECISION TC-MD 140119C                                            1

IT IS FURTHER DECIDED that the real market exception value of property described as

Account R244488 is $58,420.

Dated this ____ day of June 2014.

DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Dan Robinson on June 10, 2014. The court filed and entered this document on June 10, 2014.*